| FILING FEE PAID? | IFP Received? | IFP Amount:  $350.00 |
|---|---|---|
| YES ☐ | YES ☒ | |
| NO   ☒ | NO   ☐ | Magistrate:  Bernard M. Jones |

# CIV- 17-1000-HE

## Wilson v.  Oklahoma County Commissioners

# NEVER IN THIS COURT BEFORE