### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BUFFORD WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-17-1000-HE |
| | ) |
| OKLAHOMA COUNTY | ) |
| COMMISSIONERS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered this date, this action is dismissed without prejudice.

**IT IS SO ORDERED**

Dated this 16th day of July, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE